**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOAMI RAY KINDELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16CV391 DDN |
| | ) | |
| RONDA PASH, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion for reconsideration. Petitioner has not demonstrated that the Court erred in dismissing this case or that he is entitled to equitable tolling of the limitations period. Moreover, the Court dismissed this case more than one year ago. Therefore, the Court finds that it was not filed in a reasonable time.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for reconsideration [ECF No. 12] is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of Appealability.

Dated this 10th day of May, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE